# EXHIBIT A

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 25 04:51:48 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# DEALERRATER

| | |
|---|---|
| **Word Mark** | DEALERRATER |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Providing online information services featuring reviews and ratings of motor vehicle dealerships and motor vehicles posted by users, motor vehicle news and recalls, motor vehicle classified advertisements, and motor vehicle dealerships; marketing services, namely, conducting consumer tracking behavior research and consumer trend analysis. FIRST USE: 20021123. FIRST USE IN COMMERCE: 20021123 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86515092 |
| **Filing Date** | January 27, 2015 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 16, 2015 |
| **Registration Number** | **4803777** |
| **International Registration Number** | 1263501 |
| **Registration Date** | September 1, 2015 |
| **Owner** | (REGISTRANT) DR Media Holdings, LLC LIMITED LIABILITY COMPANY DELAWARE 203 Crescent St., Suite 503 Waltham MASSACHUSETTS 02453 |

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Thad Chaloemtiarana |
| **Prior Registrations** | 3843396;3873182;4558329 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL-2(F) |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Apr 25 04:51:48 EDT 2018*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | DEALERRATER |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Providing online information services featuring reviews and ratings of motor vehicle dealerships and motor vehicles posted by users, motor vehicle news and recalls, motor vehicle classified advertisements, and motor vehicle dealership inventories; providing website space for advertising goods and services of motor vehicle dealerships. FIRST USE: 20100202. FIRST USE IN COMMERCE: 20100202 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 24.17.15 - Check marks<br>26.01.03 - Circles, incomplete (more than semi-circles); Incomplete circles (more than semi-circles) |
| **Trademark Search Facility Classification Code** | NOTATION-SYMBOLS Notation Symbols such as Non-Latin characters,punctuation and mathematical signs,zodiac signs,prescription marks<br>SHAPES-CIRCLE Circle figures or designs including semi-circles and incomplete circles<br>SHAPES-MISC Miscellaneous shaped designs |
| **Serial Number** | 85002069 |
| **Filing Date** | March 30, 2010 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 24, 2010 |
| **Registration Number** | 3873182 |
| **Registration Date** | November 9, 2010 |
| **Owner** | (REGISTRANT) Dealerrater.com, LLC LIMITED LIABILITY COMPANY MASSACHUSETTS 57 Whitman Road Waltham MASSACHUSETTS 02453 |

(LAST LISTED OWNER) DR MEDIA HOLDINGS, LLC LIMITED LIABILITY COMPANY DELAWARE 203 CRESCENT STREET, SUITE 503 WALTHAM MASSACHUSETTS 02453

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Thad Chaloemtiarana |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "DEALERRATER" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the word "DEALERRATER" on top of a circle with a check mark in the circle above the word. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 25 04:51:48 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | DEALERRATER REVIEWS DRIVE BUSINESS |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Providing online information services featuring reviews and ratings of motor vehicle dealerships and motor vehicles posted by users, motor vehicle news and recalls, motor vehicle classified advertisements, and motor vehicle dealership inventories; providing website space for advertising goods and services of motor vehicle dealerships; marketing services, namely, conducting consumer tracking behavior research and consumer trend analysis. FIRST USE: 20130208. FIRST USE IN COMMERCE: 20130208 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 24.17.15 - Check marks<br>26.01.01 - Circles as carriers or as single line borders<br>26.17.01 - Bands, straight; Bars, straight; Lines, straight; Straight line(s), band(s) or bar(s)<br>26.17.04 - Bands, vertical; Bars, vertical; Lines, vertical; Vertical line(s), band(s) or bar(s) |
| **Serial Number** | 85853318 |
| **Filing Date** | February 19, 2013 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 15, 2014 |
| **Registration Number** | **4558329** |
| **Registration Date** | July 1, 2014 |
| **Owner** | (REGISTRANT) DR Media Holdings, LLC LIMITED LIABILITY COMPANY MASSACHUSETTS 203 Crescent St., Suite 503 Waltham MASSACHUSETTS 02453 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |

| | |
|---|---|
| **Attorney of Record** | Thad Chaloemtiarana |
| **Prior Registrations** | 3843396;3873182;3943708;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "REVIEWS" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the word "DEALERRATER" on top of a circle with a check mark in the circle above the word, a vertical line to the right of the circle, and the phrase "REVIEWS DRIVE BUSINESS" to the right of the vertical line. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL-2(F)-IN PART |
| **Live/Dead Indicator** | LIVE |
| **Distinctiveness Limitation Statement** | AS TO "DEALERRATER" |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 25 04:51:48 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# DEALERRATER

| | |
|---|---|
| **Word Mark** | DEALERRATER |
| **Goods and Services** | IC B . US B . G & S: automobile dealership services. FIRST USE: 20071231. FIRST USE IN COMMERCE: 20071231 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Trademark Search Facility Classification Code** | CERTIFICATION-MARKS Marks identified with a certified standard of quality |
| **Serial Number** | 85002072 |
| **Filing Date** | March 30, 2010 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 21, 2010 |
| **Registration Number** | **3885725** |
| **Registration Date** | December 7, 2010 |
| **Owner** | (REGISTRANT) Dealerrater.com, LLC LIMITED LIABILITY COMPANY MASSACHUSETTS 57 Whitman Road Boston MASSACHUSETTS 02453 |
| | (LAST LISTED OWNER) DR MEDIA HOLDINGS, LLC LIMITED LIABILITY COMPANY DELAWARE 221 Crescent Street, Suite 306 Waltham MASSACHUSETTS 02453 |

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Thad Chaloemtiarana |
| **Type of Mark** | CERTIFICATION MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Other Data** | The certification mark, as used by authorized persons, certifies that motor vehicle dealerships meet the standards of customer service established by the certifier. |
| **Live/Dead Indicator** | LIVE |