# EXHIBIT B

**From:** Orders [mailto:orders@topratedonline.com]
**Sent:** Tuesday, March 06, 2018 12:36 PM
**To:** REDACTED
**Subject:** DealerRater Display Plaque

REDACTED

A pleasure speaking with you! Congratulations on your feature as being a Consumer Satisfaction Award Winner. Your feature is based on the feedback directly from your clients. This is considered to be one of the most prestigious honors a business can receive.

As discussed we are producing the custom award plaques and banners for you to display the best of your feature. By displaying the feature you will instill pride in your employees, confidence in your customers and will encourage more positive reviews from your clients.
SAMPLE
[Inline image name : image001.png]

We will also include the electronic version for you to display on your website and social media.

We offer two plaque sizes:
7X13" - $179.00
11X13" - $239.00

We offer 3 vinyl-banner sizes:
2X4' - $179.00
5X3' - $199.00
10X3' - $259.00

If you combine 2+ products we offer a 15% discount.

The work takes up to 3 weeks to ship and is 100% guaranteed.

I look forward to your correspondence.

Thank you,
Sean S.

800-786-6514 ext.313

[Inline image name : image002.png]
orders@topratedonline.com
www.topratedonline.com

*Top Rated Online is an independent company that specializes in producing custom displays for your feature on the most prestigious publications in print and online. Through our custom displays you are receiving the best in looks, quality, and design. Wishing you continued success.*

_____
Sent from Salesforce CRM Call Center. On-demand customer service.
http://www.salesforce.com/


ref:_00D30WKx._500f31CvY8w:ref