# EXHIBIT C

# Top Rated Online



416 W. Huron St. Suite 9
Ann Arbor, MI 48103
800-786-6514 ext.313

**Invoice 6751**

| Bill To | Ship To | Invoice Date | 2/20/2018 |
|---|---|---|---|
| **REDACTED** | **REDACTED** | Due Date | 2/20/2018 |

**REDACTED** Display Plaque

| Qty | Description | Unit Price | Amount |
|---|---|---|---|
| 1 | Custom Display Plaque (11x13 DealerRater) | 239.00 | 239.00 |
| 1 | Shipping & Handling | 18.50 | 18.50 |

Total  $257.50

**PAID**

### Terms & Conditions

Privacy Policy: All information collected from our clients (including names, email, address, phone #'s, and payment information) is solely used for processing order and is not shared with any other parties.

Top Rated Online specializes in helping our clients manage and promote their online reputation. Through our custom designed products our clients display the best of their features from the most prestigious and influential publications online.