# EXHIBIT D

**From:** Auto-Receipt <noreply@mail.authorize.net>
**Sent:** Thursday, February 1, 2018 2:08 PM
**To:** **REDACTED**
**Subject:** Transaction Receipt from Top Rated Online for $257.50 (USD)

| Order Information | |
|---|---|
| Description: | DealerRater Display Plaque |
| Invoice Number | 106630 |
| Customer ID | 6996 |

**Billing Information**
**REDACTED**

**Shipping Information**
**REDACTED**

**Total: $257.50 (USD)**

| Payment Information | |
|---|---|
| Date/Time: | 1-Feb-2018 11:07:57 PST |
| Transaction ID: | **REDACTED** |
| Payment Method: | **REDACTED** |
| Transaction Type: | Purchase |
| Auth Code: | **REDACTED** |

**Merchant Contact Information**
Top Rated Online
Fenton, MI 48430
US
admin@topratedonline.com