# EXHIBIT F



February 16, 2016

Foley & Lardner LLP
Atten: Andrew Baum
90 Park Avenue
New York, NY 10016-1314

**Re: Trademark Infringement**

Dear Mr. Baum:

Please be advised that I am corporate counsel to Top Rated Online, LLC. My client has forwarded to me, your letter dated February 12, 2016 regarding your claims of trademark infringement and false representations. Please be advised that my client takes these allegations very seriously. In your letter, you have asked for response no later than February 17, 2016. We believe that timeframe is unreasonably short to be able to do a full investigation of this matter. As indicated, I am corporate counsel and will be conferring with Trademark Counsel on the specifics of your allegations. My client, however, implements very strict and careful practices to ensure there is no confusion in the customer's mind and does not believe any false representations were made at any time. Furthermore, my client has indicated that previously, all practices have been vetted by intellectual property counsel. Regardless, as indicated my client takes the allegations very seriously. I am in the process of gathering all of the data and information regarding how DealerRater's online information was or was not used, by my client, in connection with its business and will confer with trademark counsel regarding this matter, and will give you our full and final response within the next few weeks.

Very truly yours,

Catherine A. Riesterer

CAR/at
Enclosure(s)

cc:    Client