# EXHIBIT G

**From:** Cathy Riesterer [mailto:cathy@crlaw.biz]
**Sent:** Wednesday, February 17, 2016 9:03 AM
**To:** Baum, Andrew
**Cc:** Felder, Beth J.; Andrea Taddie
**Subject:** RE: Top Rated Online LLC (Our Ref. 100718-0101)

Mr. Baum,

Our IP counsel is out of the country this week, returning on Monday, February 22nd. A response on that day will not be possible. In the interim, my client has confirmed that it is not using your client's trademark in any capacity.

Catherine A Riesterer
7960 Grand River Road
Suite 270
Brighton, Michigan 48114
810-227-3103 ext. 112
cathy@crlaw.biz