# EXHIBIT H



175 W. Jackson Blvd., Suite 800 | Chicago, IL 60604

February 27, 2017

**VIA USPS CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Top Rated Online LLC
1115 South University, Suite A
Ann Arbor, Michigan 48104

Attn: Sean S.

Re: Unauthorized use of DealerRater.com

To Whom It May Concern:

I am legal counsel with Cars.com, LLC, an affiliate of DealerRater.com, LLC.

It has been brought to our attention that you have used the DealerRater.com name and trademark without consent. An example of one such use is attached.

Please immediately cease usage of all trademarks and all other references to DealerRater.com and provide notification that this has been done.

Nothing in this correspondence shall be construed as a waiver of any rights or remedies available at law or in equity.

Regards,

Mark Kraft
Director, Legal Affairs
Cars.com, LLC
175 West Jackson
Chicago, Illinois 60604
legal@cars.com

MK/ps
Enclosure

cc: orders@topratedonline.com, w/encl.
    info@topratedonline.com, w/encl.
    Catherine A. Riesterer, Cooper Riesterer PLC, w/encl.
      (via USPS Certified Mail and E-mail)

**From:** Top Rated [mailto:orders@topratedonline.com]
**Sent:** Wednesday, February 22, 2017 3:24 PM
**To:** REDACTED
**Subject:** Dealerrater Awards

This email is from a non-certified external source. Please exercise caution when opening attachments or clicking links.

REDACTED


A pleasure speaking with you today. Congratulations on your feature as being a Consumer Satisfaction Award Winner on Dealerrater. Your feature is based on the feedback directly from your clients. This is considered to be one of the most prestigious honors a business can receive.

As discussed we are producing the custom award plaque for you to display the best of your feature on the site. By displaying the feature you will instill pride in your employees, confidence in your customers and will encourage more positive reviews from your clients.



We will also include the electronic version for you to display on your website and social media.

We offer two sizes:

7X13" - $179.00
11X13" - $239.00

Banners:
2X4' = $179.00
3X5' = $199.00

We offer a package deal with the banners and plaques:
7X13" plaque + 2X4' banner = $339.00
11X13" plaque + 3X5' banner = $399.00

The work takes up to 3 weeks to ship and is 100% guaranteed.

I look forward to your correspondence.

Thank you,
Sean S.

800-786-6514 ext.313



orders@topratedonline.com
www.topratedonline.com

*Top Rated Online is an independent company that specializes in producing custom displays for your feature on the most prestigious publications in print and online. Through our custom displays you are receiving the best in looks, quality, and design. Wishing you continued success.*