# EXHIBIT I



300 S. Riverside Plaza, Suite 1000 | Chicago, IL 60606

February 19, 2018

**VIA USPS CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Top Rated Online LLC
1115 South University, Suite A
Ann Arbor, Michigan 48104

Re: Unauthorized use of DealerRater.com

To Whom It May Concern:

I am legal counsel with Cars.com, LLC, an affiliate of DealerRater.com, LLC.

It was brought to our attention that your company continues to use the DealerRater name without consent to solicit sales of your products. Please immediately cease usage of, and do not reference, the DealerRater name and/or logo in images, phone calls, e-mails or any other format.

Nothing in this correspondence shall be construed as a waiver of any rights or remedies available at law or in equity.

Regards,

Dorothy Skube
Senior Counsel

DS/ps

cc: orders@topratedonline.com
info@topratedonline.com.
Catherine A. Riesterer, Cooper Riesterer PLC, w/encl.
(via USPS Certified Mail and E-mail)